THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENESEE LIGHT AND POWER COMPANY, Appellant, *v.* MARTIN SAXE et al., Composing the State Tax Commission, et al., Respondents.

*People ex rel. Genesee L. & P. Co.* v. *Saxe*, 179 App. Div. 486, affirmed.

(Argued April 29, 1918; decided May 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 25, 1917, which confirmed, on certiorari, a determination of the state tax commission refusing to revise a franchise tax assessed against the relator for the year ending October 31, 1913. The relator, a domestic corporation, was engaged in the sale and distribution of electricity in the city of Batavia. It did not generate electricity but purchased it from another company. The franchise tax in question was assessed upon its gross earnings. The relator contended that the amount it paid for electric current should have been deducted and the tax based upon the remainder only.

*Elton H. Beals* for appellant.

*Merton E. Lewis,* Attorney-General (*Harold J. Hinman* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.